**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANITA K. FRYE                                                                                          PLAINTIFF

v.                                          5:08CV00225 WRW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) be and it hereby is DISMISSED, WITH PREJUDICE. Judgment shall be entered accordingly.

DATED this 29th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE