# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANITA K. FRYE                                                      PLAINTIFF

v.                                       5:08CV00225 WRW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                      DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ADJUDGED this 29th day of June, 2009.

                                                                       /s/Wm. R. Wilson, Jr.
                                                   UNITED STATES DISTRICT JUDGE